In The

## *Court of Appeals*

## *Ninth District of Texas at Beaumont*

_____

## NO. 09-25-00323-CV
_____

## GARLAND BELL, LINDA BELL, LINDA BELL FINANCIAL SERVICES, LLC, TX EMPIRE GROUP, LLC, INDIVIDUALLY AND D/B/A EMPIRE GROUP, JOE SNELLINGS AND MULTIFAMILY CONSULTANTS, INC.,
Appellants

## V.

## EOVP, LLC, BLOOMFIELD LOT 6 OFFICE, LLC, DOUG WEBB, ABDUL JAMEEL ABDUR RAHMAN, AVTR MGR LLC AND AVTR, LLC,
Appellees

**On Appeal from the 284th District Court**
**Montgomery County, Texas**
**Trial Cause No. 24-12-20238**

## MEMORANDUM OPINION

Garland Bell, Linda Bell, Linda Bell Financial Services, LLC, TX Empire

Group, LLC, Individually and d/b/a Empire Group, Joe Snellings and Multifamily

Consultants, Inc., Appellants, filed an unopposed motion to dismiss this appeal. *See*

Tex. R. App. P. 42.1(a)(1). Appellants filed the motion before the appellate court

1

issued a decision in the appeal. We grant the motion and dismiss the appeal. *See* Tex.

R. App. P. 43.2(f).

APPEAL DISMISSED.

PER CURIAM

Submitted on December 10, 2025
Opinion Delivered December 11, 2025

Before Golemon, C.J., Johnson and Chambers, JJ.